IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                CASE NO. 4:14-CR-166-BD

JOHN BROWN                                                                  DEFENDANT

## ORDER

Trial by jury is hereby rescheduled to begin at 9:00 a.m. on Thursday, November 20, 2014, in Courtroom 1D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, before the undersigned.  The Pretrial Discovery Order filed on October 9, 2014, remains in effect.  Jury instructions should be submitted electronically to bdchambers@ared.uscourts.gov on or before November 6, 2014.  Counsel should be present thirty minutes prior to trial.

IT IS SO ORDERED, this 30th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE